IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

MAR 10  12 57 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 19-UNA |
| MARCUS ROBERTS, | : |
| Defendant. | : |

## MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrant, this Motion and Order to Seal, and related file.

COLM F. CONNOLLY
United States Attorney

BY: _____
April M. Byrd
Assistant United States Attorney

Dated: March 10, 2005

IT IS SO ORDERED this ___10___ day of __March__, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge