UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 29   AM 10: 35

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )                            | |
| Plaintiff,                 ) | |
| )                            | CASE NO. CR05-19 |
| vs.                        ) | |
| MARCUS ROBERTS              ) | |
| )                            | |
| Defendant.                 ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on March 29, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 28, 2005 The time between the date of this order and April 28, 2005, shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney