IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No.05-19-KAJ |
| MARCUS ROBERTS | : : : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of April M. Byrd, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Richard G. Andrews, First Assistant U.S. Attorney, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: /s/
        Richard G. Andrews
        First Assistant United States Attorney

Dated: July 7, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         : | |
|                                                       : | |
|             Plaintiff,                         : | |
|                                                       : | |
|     v.                                            : | Criminal Action No.05-19-KAJ |
|                                                       : | |
|                                                       : | |
| MARCUS ROBERTS                   : | |
|                                                       : | |
|             Defendant.                      : | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant, in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 7th day of July 2005, I caused to be electronically filed a **Substitution of Counsel and Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza, Suite#110
704 King Street
Wilmington, DE 19801


                                                            /s/_____
                                                            Marie Steel
                                                            Legal Assistant