# THOMAS A. DREYER
## ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

August 19, 2005

Honorable Kent A. Jordan
United States District Judge
J. Caleb Boggs Federal Building
Lockbox 10
844 King Street
Wilmington, DE 19801-3570

      Re:    United States v. Marcus Roberts
                  Criminal Action No. 05-19-KAJ

Dear Judge Jordan:

      Sentencing in the referenced case is scheduled for September 1, 2005. Enclosed find Mr. Roberts' Sentencing Memorandum; it was filed electronically yesterday.

      In addition, enclosed find the following documents on his behalf:

      1. His high school diploma issued by the New Jersey Board of Education on May 26, 2005 and his GED results;

      2. His Program Attendance Sheet from Salem County Correctional Facility;

      3. His Motivational Seminars Certificate of Participation;

      4. Several character letters, including one from his mother, Alethea A. Miller; and,

      5. His 2004 federal and state income tax returns.

      Thank you.

Honorable Kent A. Jordan
August 19, 2005
Page Two


        Respectfully yours,

        *Thomas A. Dreyer*

        Thomas A. Dreyer


cc.  Marcus Roberts
      Richard G. Andrews
      Walter P. Matthews, III