STATE OF NEW JERSEY
DEPARTMENT OF EDUCATION
**GED TEST RESULTS**

NAME: MARCUS I. ROBERTS

| | |
|---|---|
| WRITING TEST 1 | 430 |
| SOC. ST. TEST 2 | 570 |
| SCIENCE TEST 3 | 470 |
| READING TEST 4 | 430 |
| MATH TEST 5 | 420 |
| TOTAL | 2320 |

---

024329

WARNING: THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES INCLUDING A CHAIN-LINK WATERMARK.

# The State of New Jersey
## Board of Education

To All Persons To Whom These Letters May Come Greeting, Be It Known That

**MARCUS I. ROBERTS**

Having satisfied in full the statutory and regulatory requirements of the State for the

### High School Diploma

has been awarded this diploma with all rights, privileges and honors thereto appertaining
In witness thereof, the seal of the State of New Jersey and the signature of the
Commissioner of Education are hereto affixed.

May 26, 2005 - 415764
Date Of Issuance

*Commissioner of Education*
ANY ALTERATIONS VOID THIS DIPLOMA