MRS. JOYCE S. MASSEY, CSW
Director of Social Rehabilitation &
Deputy Work Release Administrator
SALEM COUNTY CORRECTIONAL FACILITY
125 Cemetery Road
Woodstown, NJ 08098
(856) 769-4300 Ext. 730

DATE:      **AUGUST 3, 2005**

TO:        **JUDGE**

SUBJECT:   **PROGRAM ATTENDANCE**

    Inmate **Marcus I. Roberts,** D.O.B. 07/25/1982, has been incarcerated at S.C.C.F. since 03/17/05. He had been attending the following programs offered here at S.C.C.F:

    Every other week group discussion led by CDAC counselor from SODAT Mr. Roberts has attended since 06/14/05 to the present. SODAT is a drug and alcohol rehabilitation program.

    Mr. Roberts has attended the weekly Protestant church service since 06/12/05 to the present.

    Mr. Roberts has attended from 06/08/05 to the present the weekly Motivational Seminar, which addresses anger management and behavior modification in relationships,

    Any question regarding Mr. Roberts' attendance should be directed to me. Thank you.

Sincerely,

*Joyce S Massey csw*

(Mrs.) Joyce S. Massey
Director of Social Rehabilitation