# Motivational Seminars

## Marcus Roberts

participated in the training seminars hosted by the S.C.C.F.
"Anger Management Workshop" June 2005 - (4 sessions) 04 - 08, 15, 22, 29
Attendance Only Certificate - Anger Management Workshop Topics separate certificates

Once a week, the team focuses on discovering new skills and ways to cope in areas of "Conflict Resolution," "Problem Solving" and "Responsible Relationships." We review "Character Ethics" and "Personal Ethics." The course objective is to understand why we need to change our "reality view" and define the steps needed to complete a change.

The objective of this workshop is to assemble within the facility three to four times each month. Anger has a consequential "negative" influence within our society that affects each partrition of our existence. Perfect attendance equals 17 hours of participation in attendance and worksheets. Topic specific certificates can be obtained in, Attitude, Relationships, Stress Management, Abusive Behavior, Parenting & Addiction.

*Min. J. Wallace*
Minister J. O. Wallace
Team-Leader
Motivational Ministry

MinWall Ministries of Rehabilitation; P.O. Box 296; Salem, NJ   08079