July 22, 2005

To Whom It May Concern:

I am writing this character reference on behalf of Marcus I. Roberts. Marcus is the second of my three biological children. I'm still not clear if the, "Middle Child Syndrome" truly exists but it is definitely a perspective to take into consideration given the circumstances. Marcus' older brother has done very well for himself. At the age of 21 he was a Junior VP at First USA Bank and from there moving to positions that grossed annual salaries of close to $100,000. His sister is a full time college student at the University of Delaware and works part-time with an established company. I am employed full-time with the State of Delaware, part-time with Christiana Care Hospital and in school full-time as a Nursing Student. Marcus worked with the News Journal Company and maintained an excellent working relationship with his peers and administrators. So much so, I have been told, they would hire him back with no problem. I gave this family background only to show that Marcus has grown up with a work ethic. I also wanted to show that he is a hard worker capable of so much more than what he has made of his life thus far. It is unfortunate that he has made some stupid choices in his life.

Although, not to use the absence of his father as an excuse, I believe it has had some bearing on the choices Marcus has made in his life. For several years Marcus had the benefit of his father living in the home until he reached the age of 7. In an attempt to offset this loss I surrounded my children with family in hopes that they would become role models. There always seemed to not be enough time or attention for Marcus who had always yearned for more of a relationship with his father, more so than his siblings need. He worked hard at trying to maintain his relationship with his father, however, it was not until he became an adult did he establish a strong bond with him. It is unfortunate that as he makes, what I believe to be, a transition in his life that he will now have to deal with the impending loss of his father due to rapidly declining health. I pray that this too shall become a lesson in Marcus' life that hopefully will promote positive growth. He has seen how his father has lived such as destructive life and prayerfully will work to not meet the same fate.

Although it may seem difficult to believe given the circumstances Marcus has placed himself in, he really is a caring individual. Unfortunately he is a man who has made poor decisions in his young life. But I must say I have seen a turning point in his life by way of his obtaining his High School diploma and based upon the conversations he and I have had since his being incarcerated. Marcus is very caring and considerate of his friends, almost to a fault. Marcus always seemed to look at people beyond what most of us would. It almost seemed as though he wanted to try to save them but in the midst of it all forgot about himself. He has been and continues to be, in a strange way, very protective of me and his siblings but never clearly understanding the effects his poor decision making has had on all of us.

My husband and I have no problem with taking Marcus into our home to hopefully assist him on this new course in his life. We are attempting to get a business off of the ground that will include Marcus as a paid employee with the hope that he will develop a skill in carpentry. A long term goal that I have is to purchase, rehab and sell properties. Marcus expressed a desire to do the same and I told him that is

something we could work on as a team once we've established ourselves financially to purchase the properties.

Family is very important to me and my husband who has three children of his own. We support our children through encouragement and support but not enablement. As I stated in court I am a no nonsense kind of mother. I set expectations for myself and my children. I refuse to re-raise an adult and I don't believe in making excuses nor babying a grown man. Marcus will be expected to work as do myself and my husband and our other grown children. He will be expected to strive for more and to do all that is necessary, legally, to achieve goals set for his self. Even as adults we set rules and Marcus will be expected to follow them. I asked that you take this letter into consideration when you make your decision as to the future of Marcus.

Respectfully submitted,

*Alethea A. Miller*

Alethea A. Miller