

**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Superintendent*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

**ADULT EDUCATION**
Wilmington Campus
100 N. Du Pont Road
Wilmington, Delaware, 19807

(302) 651-2709
FAX (302) 658-7137

Leslie Henry
*Principal*

Leslie.Henry@redclay.k12.de.us

August 11, 2005

To: Whom it may concern

Reference Letter: Marcus Roberts

Please be advised that I taught Marcus Career Development during the academic school year of 2002-2003. I must say it was indeed a pleasure teaching Marcus because of his thirst for knowledge. Marcus was always pleasant and contributed insightful thoughts during class discussions. On several occasions, I observed Marcus assisting his peers with class assignments and DCA fundraising.

While attending James H. Groves Adult High School, Marcus was involved and served as local officer of the Delaware Career Association Wilmington Chapter. As a member of this association he participated in and learned four essential goals. Marcus learned career preparation skills, social awareness, citizenship, and leadership development. As a result of his involvement with the association and class he was able to secure employment with the News Journal in the distribution department. During my follow-up with employers the comments were always positive in regards to his work performance.

Marcus completed Career Development with a grade of B and with overall good attendance. It was a pleasure teaching and working with Marcus during his time at James H. Groves Adult High School. It is my sincere desire to see Marcus awarded a second chance at becoming a contributing and positive member of society. Please do not hesitate to phone me at 302-654-4085 if I can be of further assistance.

Sincerely,

Ronald Robinson
Job Specialist/Site Coordinator

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19805 (302) 651-2662.