August 10, 2005

To: Whom it may concern
From: Jeanne P. Roberts
Re: Marcus D. Roberts

I have known Marcus all of his life. I am his grandmother, and I am expected to say wonderful things about him.

The statements I make in this memo, I believe to be accurate and true.

Marcus is considerate, kind and generous. He is dependable. He maintained the same job for approximately three years. He, also, attended school during that time.

Marcus is focused and has goals for his future.

Marcus has used poor

Re: Marcus D. Roberts

judgement in the past. With continued family support and community support I believe this will not be repeated.