2621 TATNALL ST.
WILM. DE. 19802

08-11-05

To Whom It May Concern:

I am writing in reference to Marcus Roberts. I have known Marcus since the day he was born.

During the time Marcus was under house arrest he honored his curfew and attended his GED classes regularly. In addition, Marcus also held down a job to which he adhered to his schedule and would do overtime.

Marcus may have exercised poor judgement in his short life, however, he is a very kind and considerate person with a good heart.

I respectfully request that the court will take these attributes into (over)

-2-

consideration and be merciful. I believe with proper guidance, a mentoring program, and counciling Marcus can be redirected.

Sincerly,

Leola G. Roberts