August 15, 2005

To Whom It May Concern:

I have known Marcus Roberts for one year and it is my opinion that he is a very compassionate, intelligent, understanding, and warm hearted individual. Although Mr. Roberts has gotten into some trouble in the past I have no doubt in my mind that if he is given another chance he will be a successful asset to my community for example one of Mr. Roberts goals is to one day become a real estate broker so he can buy house in the inter city, fix them up and sell them back to low income families. In conclusion I hope and pray that you can forgive him for what he has done in the past and assist him with a more positive future. If you have any questions feel free to contact me at (302) 494-5783.

Sincerely yours,

Ms. Summer Golden