**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only—Do not write or staple in this space

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning ,2004, ending ,20    OMB No. 1545-0074

**Label** (See instructions.) Use the IRS label. Otherwise, please print or type.

Name: MARCUS I ROBERTS
Home Address: 2621 N TATNALL STREET
City, State, and ZIP Code: Wilmington DE 19802-
Your social security number: 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

**Presidential Election Campaign** (See instructions.) — Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: No  Spouse: No

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
6b [ ] Spouse
Boxes checked on 6a and 6b: 1
No. of children on 6c who: lived with you: 0; did not live with you due to divorce or separation: 0
Dependents on 6c not entered above: 0
Add numbers on lines above: 1

d Total number of exemptions claimed

**Income** — Attach Forms W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 11,606. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see instructions) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see instructions) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see instructions) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 11,606. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see instructions) | |
| 26 | Student loan interest deduction (see instructions) | |
| 27 | Tuition and fees deduction (see instructions) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction (see instr.) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 11,606. |

Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved.
US1040$1 Rev. 1

BCA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2004)

Form 1040 (2004)  MARCUS I ROBERTS  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  Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 | 11,606. |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | | |
| Standard Deduction for - | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | | |
| - People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instr. | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 4,850. |
| | 40 | Subtract line 39 from line 37 | 40 | 6,756. |
| - All others: | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see instructions. | 41 | 3,100. |
| Single, or Married filing separately, $4,850 | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 3,656. |
| | 43 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 43 | 368. |
| Married filing jointly or Qualifying widow(er), $9,700 | 44 | Alternative minimum tax (see instructions). Attach Form 6251 | 44 | |
| | 45 | Add lines 43 and 44 ▶ | 45 | 368. |
| Head of household, $7,150 | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Adoption credit. Attach Form 8839 | 52 | |
| | 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 53 | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | 54 | |
| | 55 | Add lines 46 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 368. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | 61 | |
| | 62 | Add lines 58 through 61. This is your total tax ▶ | 62 | 368. |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 568. |
| | 64 | 2004 estimated tax pymts and amt applied from 2003 return | 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65a | Earned income credit (EIC) | 65a | NO |
| | b | Nontaxable combat pay election ▶ 65b | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see inst) | 66 | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | |
| | 68 | Amount paid with request for extension to file (see inst) | 68 | |
| | 69 | Other pymts. from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | 70 | 568. |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | 200. |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want refunded to you ▶ | 72a | 200. |
| | b | Routing number 031207801  ▶ c Type: ☐ Checking  ☒ Savings | | |
| | d | Account number 0760168039 | | |
| | 73 | Amount of line 71 you want applied to your 2005 est. tax ▶ | 73 | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ▶ | 74 | |
| | 75 | Estimated tax penalty (see instructions) | 75 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following.  ☒ No | | | |

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Marcus Roberts*   Date: 2/19/05   Your occupation: WAREHOUSE DISTRIBUTOR   Daytime phone number: 302-324-2952

Spouse's signature. If a joint return, both must sign   Date   Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN: S21110026
Firm's name (or yours if self-employed), address, and ZIP code ▶   EIN   Phone no.

BCA   Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved.   US1040S2 Rev. 1   Form **1040** (2004)

| US 1040 | Main Information Sheet | 2004 |

PRINTED 02/19/2005

| | | Taxpayer | Spouse |
|---|---|---|---|
| | SSN | 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 | |
| MARCUS I   ROBERTS | Birth | 07/25/1982 | |
| | Death | | |
| | Taxpayer Day Phone | 302-324-2952 | |
| 2621 N TATNALL STREET | Evening | 302-762-4356 | |
| Wilmington DE 19802- | Cell or Fax | | |

Email Address
Taxpayer Occupation  WAREHOUSE DISTRIBUTOR
Spouse Occupation

Dependent children
who lived with you:
did not live with you due
to divorce or separation:
Other dependents:
Total exemptions: 1

Preparer ID:
Preparation Fee
Date:
Preparer:                                              S21110026

Preparer's Use:  1          4                 Time in return
                 2          5
                 3          6                 30 min.

### Recap of 2004 Income Tax Return

| | | | Federal | State DE |
|---|---|---|---|---|
| Earned Income | 11,606. | Computed Tax | 368. | 88. |
| Federal AGI | 11,606. | Withholding | 568. | 80. |
| Taxable Income | 3,656. | Refund/(Due) | 200. | (8.) |
| EIC | | | | |

Tax
Withholding
Refund/Due
Federal Tax Bracket ................... 10.0 %

| | Instant RAL | Maximum RAL | Partial RAL | 2 week check | DDR |
|---|---|---|---|---|---|
| Qualifying refund | | | | | |
| Fees | | | | | |
| Net refund | | | | | |
| Fast check | | | | 2 week check | Direct deposit |
| Overage check | | | | | |
| Instant check | | | | | |
| Check one | | | | | |

Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved.   US104001

08/09/2005    15:30    DIV SOCIAL SERVICES → 916104599206    NO. 787    D005

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

W-2 DETAIL REPORT - 2004

| Employer | EIN | TP\|SP | Gross Wages | Federal With. | FICA | Medicare | St | State Wages | State With. | Locality | Local With. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GANNETT CO INC | 16-0442930 | X | 11606 | 568 | 720 | 168 | DE | 11606 | 80 | WILMINGTO | 145 |
| | | | --- | --- | --- | --- | | --- | --- | | --- |
| | | | 11606 | 568 | 720 | 168 | | 11606 | 80 | | 145 |

**2004  R — DELAWARE INDIVIDUAL RESIDENT INCOME TAX RETURN — FORM 200-01**

DO NOT WRITE OR STAPLE IN THIS AREA

or Fiscal year beginning _____ and ending _____

Your Social Security No.: 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
Spouse's Social Security No.: _____

(Attach Label Here) DO NOT COVER SOCIAL SECURITY NUMBERS

Your Last Name: ROBERTS
First Name and Middle Initial: MARCUS I
Jr., Sr., III., etc.: _____

Spouse's Last Name: _____
Spouse's First Name: _____
Jr., Sr., III., etc.: _____

Present Home Address (Number and Street): 2621 N TATNALL STREET
Apt. #: _____

City: Wilmington    State: DE    Zip Code: 19802-

**FILING STATUS (MUST CHECK ONE)**
1. [X] Single, Divorced, Widow(er)
2. [ ] Joint
3. [ ] Married and Filing Separate Forms
4. [ ] Married & Filing Combined Separate on this form
5. [ ] Head of Household

Form DE2210 Attached: [ ]

If you were a part-year resident in 2004, give the dates you resided in Delaware.
From ____ 2004  To ____ 2004

Column A is for Spouse information, filing status 4 only. All other filing statuses use Col. B.

| Line | Description | Column A | Column B |
|---|---|---|---|
| 1 | DELAWARE ADJUSTED GROSS INCOME. Enter amount from page 2, Line 39 | 00 | 11,606 00 |
| 2a | If you elect the DELAWARE STANDARD DEDUCTION check here [X]  Filing Statuses 1,3 & 5 Enter $3250 in Column B  Filing Status 4 Enter $3250 in Column A and in Column B  Filing Status 2 Enter $6500 in Column B | | |
| 2b | If you elect the DELAWARE ITEMIZED DEDUCTIONS check here [ ]  Filing Statuses 1, 2, 3 and 5, enter Itemized Deductions from pg. 2, Line 45 in Column B  Filing status 4 enter Itemized Deductions from page 2, Line 45 in Columns A and B | 00 | 3,250 00 |
| 3 | ADDITIONAL STANDARD DEDUCTIONS (Not Allowed with Itemized Deds. - see instr.) CHECK BOX(ES) Column A - if SPOUSE was  65 or over [ ] Blind [ ]  Column B - if YOU were 65 or over [ ] Blind [ ]  Multiply the number of boxes checked above by $2500. If you are filing a combined separate return (Filing status 4) enter the total for each appropriate column. All others enter total in Column B | 00 | 00 |
| 4 | TOTAL DEDUCTIONS - Add Lines 2 & 3 and enter here | 00 | 3,250 00 |
| 5 | TAXABLE INCOME - Subtract Line 4 from Line 1, and Compute Tax on this Amount | 00 | 8,356. 00 |
| 6 | Tax Liability from Tax Rate Table/Schedule | 00 | 198 00 |
| 7 | Tax on Lump Sum Distrib. (Form 329) | 00 | 00 |
| 8 | TOTAL TAX - Add Lines 6 and 7 and enter here | 00 | 198. 00 |

PERSONAL CREDITS (See instr.). If you use Filing Status 4, enter the total for each appropriate column. All others enter total in Column B.

| Line | Description | Column A | Column B |
|---|---|---|---|
| 9a | Enter number of exemptions claimed on Fed. return  1  X $110   On Line 9a, enter the number of exemptions for: Column A [ ] Column B [1] | 00 | 110 00 |
| 9b | CHECK BOX(ES) Spouse 60 or over (Column A) [ ]  Self 60 or over (Column B) [ ]  Enter number of boxes checked on Line 9b.  X $110 | 00 | 00 |
| 10 | Tax imposed by State of _____ (Must attach a signed copy of return) | 00 | 00 |
| 11 | Volunteer Firefighter Company # _____ /Other Non-Refundable Credits (See Instructions) | 00 | 00 |
| 12 | Child Care Credit. Must attach Form 2441; Sch. 2, 1040A (Enter 50% of Federal credit) | 00 | 00 |
| 13 | Total Non-Refundable Credits. Add Lines 9a, 9b, 10, 11 and 12 and enter here | 00 | 110 00 |
| 14 | BALANCE. Subtract Line 13 from Line 8. If Line 13 is greater than Line 8, enter 0" (Zero) | 00 | 88. 00 |
| 15 | Delaware Tax withheld (W2's/1099 Required) | 80 00 | |
| 16 | 2004 Estimated Tax Paid and Payments with Extensions | 00 | |
| 17 | S Corporation Payments Form 1100S/A-1 Required | 00 | |
| 18 | TOTAL Refundable Credits. Add Lines 15, 16 and 17 and enter here | 00 | 80 00 |
| 19 | BALANCE DUE. If Line 14 is greater than Line 18, subtract 18 from 14 and enter here | 00 | 8 00 |
| 20 | OVERPAYMENT. If Line 18 is greater than Line 14, subtract 14 from 18 and enter here | 00 | 00 |

21. CONTRIBUTIONS TO SPECIAL FUNDS
A. Non-Game Wildlife: 00
B. U.S. Olympics: 00
C. Emergency Housing: 00
D. Children's Trust: 00
E. Breast Cancer Education: 00
F. Organ Donations: 00
G. Diabetes Educ.: 00
H. Veteran's Home: 00
I. DE National Guard: 00
TOTAL ► 21 __ 00

22. AMOUNT OF LINE 20 TO BE APPLIED TO 2005 ESTIMATED TAX ACCOUNT ENTER ► 22 __ 00
23. PENALTIES AND INTEREST DUE. If Line 19 is greater than $400, see estimated tax instructions ENTER ► 23 __ 00
24. NET BALANCE DUE (For Filing Status 4, see instructions) PAY IN FULL ► 24  8 00
 For all other filing statuses, enter Line 19 plus Lines 21 and 23
25. NET REFUND (For Filing Status 4, see instructions) ZERO DUE/TO BE REFUNDED ► 25 __ 00
 For all other filing statuses, subtract Lines 21, 22 and 23 from Line 20

1045  Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved.  DE200011  Rev. 1

MARCUS I ROBERTS                                                                      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

**2004 DELAWARE RESIDENT FORM 200-01, PAGE 2**

COLUMNS: Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual. See worksheet in the instructions.) Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

|  | | Filing Status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|---|
| **MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME** | | | |
| **SECTION A - ADDITIONS (+)** | | | |
| 26. Enter Federal AGI amount from Federal 1040, Line 36; 1040A, Line 21; or 1040EZ, Line 4, or telefile, Line I | 26 | 00 | 11,606 00 |
| 27. Interest on State and Local obligations other than Delaware | 27 | 00 | 00 |
| 28. Fiduciary adjustment, oil depletion | 28 | 00 | 00 |
| 29. TOTAL - Add Lines 27 and 28 | 29 | 00 | 00 |
| 30. Subtotal. Add Lines 26 and 29 | 30 | 11,606 00 | |
| **SECTION B - SUBTRACTIONS (-)** | | | |
| 31. Interest received on U.S. Obligations | 31 | 00 | 00 |
| 32. Pension/Retirement Exclusions (See instructions) | 32 | 00 | 00 |
| 33. Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward | 33 | 00 | 00 |
| 34. Taxable Soc. Sec./RR Retirement Benefits/Higher Educ. Excl./Certain Lump Sum Dist. (See instructions) | 34 | 00 | 00 |
| 35. SUBTOTAL. Add Lines 31, 32, 33, and 34 and enter here | 35 | 00 | 00 |
| 36. Subtotal. Subtract Line 35 from Line 30 | 36 | 11,606 00 | |
| 37. Exclusion for certain persons 60 and over or disabled (See instructions) | 37 | 00 | 00 |
| 38. Total - Add Lines 35 and 37 | 38 | 00 | 00 |
| 39. DE ADJUSTED GROSS INCOME. Subtract Line 38 fr Line 30. Enter here & on Pg. 1, Line 1 | 39 | 00 | 11,606 00 |

**SECTION C - ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A)** If Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | | |
|---|---|---|---|
| 40. Enter total Itemized Deductions from Schedule A, Federal Form 1040, Line 28 | 40 | 00 | 00 |
| 41. Enter Foreign Taxes Paid (See instructions) | 41 | 00 | 00 |
| 42. Enter Charitable Mileage Deduction (See instructions) | 42 | 00 | 00 |
| 43. SUBTOTAL. Add Lines 40, 41, and 42 and enter here | 43 | 00 | 00 |
| 44a. Enter State Income Tax included in Line 40 above (See instructions) | 44a | 00 | 00 |
| 44b. Enter Form 700 Tax Credit Adjustment (See instructions) | 44b | 00 | 00 |
| 45. TOTAL. Subtract Line 44a and 44b from Line 43. Enter here and on Pg. 1, Line 2 (See instr.) | 45 | 00 | 00 |

**SECTION D - DIRECT DEPOSIT INFORMATION** If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See instructions for details.

a. Routing Number _____    b. Type: ☐ Checking  ☐ Savings

c. Account Number _____

DATE OF DEATH — SPOUSE / TAXPAYER — Month Day Year / Month Day Year

BE SURE TO SIGN YOUR RETURN BELOW AND KEEP A COPY FOR YOUR RECORDS
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and believe it is true, correct and complete.

Your Signature: *Marcus Roberts*   Date: 2/19/05

Signature of Paid Preparer: _____   Date: _____

Spouse's Signature (If filing joint or combined return): _____   Date: _____

Address - Zip Code: _____

| Home Phone | Business Phone | Business Phone | EIN, SSN, or PTIN |
|---|---|---|---|
| 302-762-4356 | 302-324-2952 | | S21110026 |

E-Mail Address: _____                 E-Mail Address: _____

| NET BALANCE DUE (LINE 24): | NET REFUND (LINE 25): | ZERO (LINE 25): |
|---|---|---|
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE |
| P.O. BOX 508 | P.O. BOX 8765 | P.O. BOX 8711 |
| WILMINGTON, DE 19899-0508 | WILMINGTON, DE 19899-8765 | WILMINGTON, DE 19899-8711 |

MAKE CHECKS PAYABLE TO: DELAWARE DIVISION OF REVENUE
REMEMBER TO ATTACH APPROPRIATE SUPPORTING SCHEDULES WHEN FILING YOUR RETURN

(Rev 8/16/04)

1045 Copyright form software only. 2004 Universal Tax Systems, Inc. All rights reserved.   DEZ00012   Rev. 1

**IRS DECLARATION CONTROL NUMBER (DCN)**
00- 510644 74500 -5

**DE-8453**

**DELAWARE INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING**
FOR THE YEAR JANUARY 1 - DECEMBER 31, 2004

**2004**

USE DELAWARE LABEL (OTHERWISE PRINT)  DO NOT MAIL!

| YOUR SOCIAL SECURITY NUMBER 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 | SPOUSE'S SOCIAL SECURITY NO. |
|---|---|
| FIRST NAME(S) AND INITIAL(S) MARCUS I | LAST NAME ROBERTS |

HOME ADDRESS (NUMBER AND STREET INCLUDING RURAL ROUTE)
2621 N TATNALL STREET

CITY, TOWN OR POST OFFICE, STATE & ZIP CODE
Wilmington DE 19802-

DAYTIME TELEPHONE NUMBER 302-762-4356

**STATE OF DELAWARE**

### PART 1 — TAX RETURN INFORMATION (WHOLE DOLLARS ONLY)

| # | Description | Amount |
|---|---|---|
| 1. | TOTAL DELAWARE ADJ. GROSS INCOME (FORM 200-01, LINE 1; FORM 200-02, LINE 37; FORM 200-03 EZ, LINE 3) | 11,606. |
| 2. | TOTAL DELAWARE TAX (FORM 200-01, LINE 8; FORM 200-02, LINE 42; FORM 200-03 EZ, LINE 8) | 198. |
| 3. | DELAWARE INCOME TAX WITHHELD (FORM 200-01, LINE 15; FORM 200-02, LINE 48; FORM 200-03 EZ, LINE 13) | 80. |
| 4. | NET REFUND (FORM 200-01, LINE 25; FORM 200-02, LINE 58; FORM 200-03 EZ, LINE 22) | |
| 5. | NET BALANCE DUE (FORM 200-01, LINE 24; FORM 200-02, LINE 57; FORM 200-03 EZ, LINE 21) | 8. |

### PART 2 — Direct Deposit of Refund (Optional - See instructions.)

6. Routing number
7. Account number
8. Type of Account  [ ] Checking  [ ] Savings

### PART 3 — DECLARATION OF TAXPAYER

9. [ ] I consent that my refund be directly deposited as designated in Part 2, and declare that the information shown on lines 6 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

[ ] I do not want direct deposit of my refund or am not receiving a refund.

[ ] I authorize the Division of Revenue and its designated financial agent to initiate an electronic funds withdrawal (direct payment) entry to the financial institution account indicated in the tax preparation software for payment of my state taxes owed on this return.

If I have filed a balance due return, I understand that if the Delaware Division of Revenue does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and State tax return and there is an error on my state return, I understand my Delaware return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part 1 above agree with the amounts on the corresponding lines of the electronic portion of my 2004 Delaware Income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the Delaware Division of Revenue. I also consent to the Delaware Division of Revenue sending my ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the Reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

SIGN HERE: Marcus Roberts  2/19/05   N/A
SIGNATURE   DATE   SPOUSE'S SIGNATURE   DATE

### PART 4 — DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I DECLARE THAT I HAVE REVIEWED THE ABOVE TAXPAYER'S RETURN AND THAT THE ENTRIES ON THIS FORM ARE COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE OBTAINED THE TAXPAYER'S SIGNATURE ON FORM DE-8453 BEFORE SUBMITTING THIS RETURN TO THE INTERNAL REVENUE SERVICE (IRS) AND THE DELAWARE DIVISION OF REVENUE (DDOR). I HAVE PROVIDED THE TAXPAYER WITH A COPY OF ALL FORMS AND INFORMATION TO BE FILED WITH THE IRS AND DDOR, AND HAVE FOLLOWED ALL OTHER REQUIREMENTS DESCRIBED IN PUBLICATION DE-1345, HANDBOOK FOR ELECTRONIC FILERS OF INDIVIDUAL INCOME TAX RETURNS (TAX YEAR 2004) AND ANY REQUIREMENTS SPECIFIED BY THE DELAWARE DIVISION OF REVENUE. IF I AM ALSO THE PAID PREPARER, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THE ABOVE TAXPAYER'S RETURN AND ACCOMPANYING SCHEDULES AND STATEMENTS, AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, THEY ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

SIGN HERE — ERO:
ERO'S SIGNATURE   DATE 02/19/2005   EIN, SSN, OR PTIN: S21110026
NEHEMIAH GATEWAY CDC
FIRM'S NAME (OR YOURS IF SELF-EMPLOYED)  CHECK IF ALSO PREPARER   CHECK IF SELF-EMPLOYED
201 WEST 23RD STREET WILMINGTON DE 19802-   302-655-0803
ADDRESS (STREET, CITY, STATE AND ZIP CODE)   BUSINESS PHONE #

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THE ABOVE TAXPAYER'S RETURN AND ACCOMPANYING SCHEDULES AND STATEMENTS, AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, THEY ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF PREPARER IS BASED ON ALL INFORMATION OF WHICH THE PREPARER HAS ANY KNOWLEDGE.

SIGN HERE — PAID PREPARER:
PREPARER'S SIGNATURE   DATE   EIN, SSN, OR PTIN: S21110026
FIRM'S NAME (OR YOURS IF SELF-EMPLOYED)   CHECK IF SELF-EMPLOYED
ADDRESS (STREET, CITY, STATE & ZIP CODE)

1045   Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved.   DE8453$1   Rev. 1