AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| MARCUS ROBERTS | Case Number: CR 05-19-UNA |

To: The United States Marshal
and any Authorized United States Officer

**SEALED**   Unsealed 3/17/06

YOU ARE HEREBY COMMANDED to arrest _____ MARCUS ROBERTS _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her    (brief description of offense)

**FILED**
**JUN 0 9 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CONSPIRACY TO STRAW PURCHASE A FIREARM;
FALSE STATEMENT TO A FEDERALLY LICENSED FIREARMS DEALER
POSSESSION OF A FIREARM BY A PERSON PROHIBITED ( 2 COUNTS )

in violation of _____ 18 _____ United States Code, Section(s) __ 922(a)(6) and 924(a)(2) in violation of 18:371 __

| | |
|---|---|
| Peter T. Dalleo | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| By: [signature]; DEPUTY CLERK | 3/10/ 2005 in Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Marcus Roberts

| DATE RECEIVED<br>3-10-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>9-28-05 | William David, DUSM | William [signature] |